UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL INSURANCE COMPANY,
et al.,

    Plaintiffs,

v.                              CASE NO:   8:10-cv-682-T-33AEP

BANYON 1030-32, LLC, et al.,

    Defendants.
_____/

## ORDER

This cause comes before the Court pursuant to Defendants' Motion to Consolidate Actions filed on April 26, 2010 (Doc. # 23) and Plaintiffs' Response to Defendants' Motion to Consolidate filed on May 7, 2010 (Doc. # 32).  By this Motion, Defendants ask this Court to "consolidate" this case with case number 10-cv-60285 in the United States District Court for the Southern District of Florida. (Doc. # 32).

This Court has reviewed the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.  This Court has no authority to enter an order consolidating an action pending before it with an action pending in another United States District Court.[1]  Further,

---

[1] The Court notes that transfer of venue pursuant to 28 U.S.C. § 1406, rather than consolidation, would be the appropriate procedural mechanism under the circumstances of this case. Currently, there is a motion to transfer venue

United States District Judge Ungaro entered an order dismissing case number 10-cv-60285 on June 17, 2010.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendants' Motion to Consolidate Actions(Doc. # 23) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>11th</u> day of August, 2010.

*Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

---

pending before this Court, which will be the subject of a separate order.